IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-51361-rbk |
| MICHAEL A. IBARRA | § | |
| BEATRICE A. IBARRA | | |
|     DEBTORS | § | CHAPTER 13 |
| | | |
| MARY K. VIEGELAHN | § | |
| CHAPTER 13 TRUSTEE | | |
|     PLAINTIFF | § | |
| | | |
| V. | § | ADV. NO. 17-05043-rbk |
| NCP FINANCE LIMITED PARTNERSHIP and | § | |
| TITLEMAX OF TEXAS INC. dba TITLEMAX | | |
|     DEFENDANTS | § | |

**NOTICE OF WITHDRAWAL OF
AMENDED COMPLAINT TO AVOID LIEN
PURSUANT TO 11 U.S.C. §544 [doc# 3]**

**NOW COMES, Mary K. Viegelahn,** Standing Chapter 13 Trustee, files this her Notice of Withdrawal of Amended Complaint to Avoid Lien Pursuant to 11 U.S.C. §544. NCP Financial Limited Partnership and TitleMax of Texas Inc. dba TitleMax have provided supporting documents for their claims and the Amended Complaint to Avoid Lien Pursuant to 11 U.S.C. §544 [doc# 3] is Therefore, **WITHDRAWN.**

                                   **/S/**_____
DAVID W. VAN ZYL
STAFF ATTORNEY FOR
CHAPTER 13 TRUSTEE
10500 Heritage Blvd. Ste. 201
San Antonio, Texas 78216
(210) 824-1460
(210) 824-1328
dvanzyl@sach13.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-51361-rbk |
| MICHAEL A. IBARRA | § | |
| BEATRICE A. IBARRA | | |
|      DEBTORS | § | CHAPTER 13 |
| | | |
| MARY K. VIEGELAHN | § | |
| CHAPTER 13 TRUSTEE | | |
|      PLAINTIFF | § | |
| | | |
| V. | § | ADV. NO. 17-05043-rbk |
| NCP FINANCE LIMITED PARTNERSHIP and | § | |
| TITLEMAX OF TEXAS INC. dba TITLEMAX | | |
|      DEFENDANTS | § | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Trustee's Notice of Withdrawal of Amended Complaint to Avoid Lien Pursuant to 11 U.S.C. §544 [doc# 3] was served upon the following listed on the attached matrix on this 23rd day of June 2017 by First Class mail:

Michael Ibarra
Beatrice A. Ibarra
3906 Waterwood Pass
Elmendorf, Texas 78112

David B. Packard
1100 NW Loop 410 #104
San Antonio, Texas 78213

Matt D. Manning
1001 McKinney St., Ste. 1500
Houston, Texas 77002

/S/
**David W. Van Zyl P39875 (MI)**
**Staff Attorney for Chapter 13 Trustee**
10500 Heritage Blvd. Ste.201
San Antonio, Texas 78216
Tel. (210) 824-1460
Fax (210) 824-1328
dvanzyl@sach13.com