# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

Bankruptcy Case No.: 15–51361–rbk

Chapter No.: 13

IN RE: **Michael A. Ibarra and Beatrice A. Ibarra**
, Debtor(s)

Adversary Proceeding No.: 17–05043–rbk

Judge: Ronald B. King

**Mary K Viegelahn**
Plaintiff

v.

**NCP Finance Limited Partnership et al.**
Defendant

## ORDER TO SEEK DEFAULT

It appearing to the Court that summons has been executed on the following Defendant(s):

**NCP Finance Limited Parnership**
**TitleMax of Texas Inc.**

**IT IS THEREFORE ORDERED** that counsel for the Plaintiff(s) seek a default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2)within thirty (30) days from entry of this order. Failure to do so will result in dismissal for want of prosecution.

Dated:  7/19/17

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Seek Default Order (AP)]** [OsdAPap]